1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING<br>ENGINEERS PENSION TRUST, et al.,<br><br>        Plaintiffs,<br><br>      vs.<br><br>REMEDIAL CIVIL CONSTRUCTORS,<br>INC., a California Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. CV 10-8150 MMM (AJWx)<br><br>   JUDGMENT FOR PLAINTIFFS |

On December 31, 2011, the court entered an order granting plaintiffs' motion for entry of default judgment.  Accordingly,

IT IS ORDERED AND ADJUDGED

1.  That plaintiffs recover the sum of $228,915.40, comprising (1) $187,438.35 in unpaid fringe benefit contributions; (2) $18,743.84 in liquidated damages; (3) $10,429.76 in prejudgment interest; (5) $11,608.50 in attorneys' fees; and (6) $694.95 in costs;

2.  That the judgment bear interest from and after the date of entry of judgment at the

1     rate of 0.07%; and

2     3.   That the action be, and it hereby is, dismissed.

3

4     DATED: December 31, 2011

      _____
5                                   MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           2